UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 3:00CR203(EBB) |
| JOHN A. HACKNEY | : December 27, 2004 |

<u>GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE</u>

Pursuant to U.S.S.G. §5K1.1, the Government moves this Court for a downward departure from the applicable guideline range in light of the defendant's substantial assistance to the Government in the investigation and prosecution of other individuals. The basis for this motion is set forth in the supporting memorandum filed this same date.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


JOHN H. DURHAM
DEPUTY UNITED STATES ATTORNEY
157 CHURCH STREET, 23RD FLOOR
NEW HAVEN, CONNECTICUT 06510
(203) 821-3700
FEDERAL BAR NO. ct05087

CERTIFICATION OF SERVICE

This is to certify that the within and foregoing has been provided this 27th day of December 2004 by facsimile and regular mail to:

>Curtis L. Bowe, III
>c/o Law Offices of Peter C. Ensign
>6925 Shallowford Road, Suite 301
>Chattanooga, Tennessee, 37421
>
>Warren Maxwell
>United States Probation Officer
>157 Church Street, 22nd Floor
>New Haven, Connecticut 06510
>Facsimile: 203-773-2100

_____
JOHN H. DURHAM
DEPUTY UNITED STATES ATTORNEY