UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA        :

     v.                              : CASE NO. 3:00CR203(EBB)

JOHN A. HACKNEY                 : January 3, 2005


GOVERNMENT'S MOTION TO SUBSTITUTE MEMORANDUM
IN SUPPORT OF MOTION FOR DOWNWARD DEPARTURE

    Comes now the United Sates, by and through its undersigned counsel, to move this Court for an Order permitting it to substitute the "Government's Revised Memorandum in Support of Motion for Downward Departure" being filed on this date for its previously submitted Memorandum dated December 27, 2004.  In support of this motion, the Government notes that its original Memorandum dated December 27, 2004 contains an error on page 14. Specifically, the last sentence of Section C on page 14 contains information unrelated to the defendant Hackney and his cooperation.

    WHEREFORE, the Government respectfully requests that it be

permitted to substitute its Revised Memorandum in support for the

previously filed Memorandum dated December 27, 2004.


                    Respectfully submitted,

                    KEVIN J. O'CONNOR
                    UNITED STATES ATTORNEY



                    JOHN H. DURHAM
                    DEPUTY UNITED STATES ATTORNEY
                    157 CHURCH STREET, 23RD FLOOR
                    NEW HAVEN, CONNECTICUT 06510
                    (203) 821-3700
                    FEDERAL BAR NO. ct05087

CERTIFICATION OF SERVICE

This is to certify that the within and foregoing has been provided this 3rd day of January 2005 by facsimile and regular mail to:

Curtis L. Bowe, III
c/o Law Offices of Peter C. Ensign
6925 Shallowford Road, Suite 301
Chattanooga, Tennessee, 37421

Warren Maxwell
United States Probation Officer
157 Church Street, 22nd Floor
New Haven, Connecticut 06510
Facsimile: 203-773-2100

_____    _____
                                    JOHN H. DURHAM
                                    DEPUTY UNITED STATES ATTORNEY