UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

Crim. No. 3:00CR (EBB)

v.

Violation: Title 18, United States
Code §1962(d) [RICO Conspiracy]

JOHN HACKNEY

MOTION FOR PLACEMENT RECOMMENDATION

Defendant John Hackney, by counsel, respectfully moves this Court for the inclusion of a Placement Recommendation with the Bureau of Prisons. Specifically, Defendant Hackney requests assignment to Maxwell, located in Montgomery, Alabama. Alternatively, Defendant Hackney requests placement at a camp located in proximity to Guntersville, Alabama.

Defendant Hackney, aware that the Court does not decide his placement, respectfully makes this request of the Court cognizant that the Court's recommendations are often followed.

Respectfully submitted,

ANDREWS & BOWE, PLLP

By: _____
Curtis L. Bowe, III
TN BPR 017037

P.O. Box 81023
Chattanooga, Tennessee 37421
Office: (423) 892-0606

Attorneys for Plaintiffs

Dated: January 10, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that an exact copy of the foregoing has been sent to Mr. John Edwards, Assistant United States Attorney, Brian McMahon Federal Building, 915 Lafayette Boulevard, Room 309, Bridgeport, Connecticut 06604 on this the 10th day of January, 2005.

_____
Curtis L. Bowe, III

2