UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

Crim. No. 3:00-CR-00203(EBB)

v.

Violation: Title 18, United States Code §1962(d) [RICO Conspiracy]

JOHN HACKNEY

MOTION FOR EXTENSION OF TIME TO REPORT TO BUREAU OF CORRECTIONS

Defendant John Hackney, by counsel, respectfully moves this Court for an extension of time in which to report to the Bureau of Corrections. Specifically, on or about January 15, 2005, John Hackney injured himself, accidentally, in a fall causing a break in his thoracic vertebrae and a head injury.

Currently, Dr. John Boggess treats Mr. Hackney's injuries and is concerned that Mr. Hackney's age and injuries will prevent any immediate travel. (See Exhibit A attached hereto, Dr. Boggess' medical statement and medical records). Mr. Hackney is scheduled to report to Yazoo City, Mississippi to begin his sentence of imprisonment conferred by this Court on January 4, 2005 and entered on January 10, 2005.

Because of: (i) his current medical condition; (ii) his therapeutic recovery time; and (iii) his physician's concern over the extent of and potential damage to his delicate injury, Mr. Hackney respectfully requests that the Court grant him an extension of time in which to report to his designated facility to begin serving his sentence of imprisonment including and up to eight (8) weeks or March 22, 2005.

        Respectfully submitted,

        ANDREWS & BOWE, PLLP

        By:*Curtis L. Bowe, III*
            Curtis L. Bowe, III
            TN BPR 017037

        P.O. Box 81023
        Chattanooga, Tennessee 37414
        Office: (423) 593-3536

        Attorneys for John Hackney

Dated: January 20, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that an exact copy of the foregoing has been sent to Mr. John Durham, Assistant United States Attorney, New Haven Office Connecticut Financial Center 157 Church Street, Floor 23, New Haven, Connecticut 06510 on this the 20th day of January, 2005.

    *Curtis L. Bowe, III*
      Curtis L .Bowe, III