UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

Crim. No. 3:00-CR-00203(EBB)

v.

Violation: Title 18, United States
Code §1962(d) [RICO Conspiracy]

JOHN HACKNEY

MOTION FOR ORDER ALLOWING WITHDRAWAL, FOR AN EXTENSION
OF TIME TO LOCATE SUBSTITUTE COUNSEL,
AND TO APPEAL

Defendant John Hackney, by counsel, respectfully moves this Court for an extension of time in which to locate and retain substitute counsel and for an extension of time to file an appeal of his sentence of imprisonment imposed on January 4, 2005 and entered on January 10, 2005. Defendant Hackney, through counsel, requests this extension to avoid waiving any rights to appeal under law including, but not limited to, 28 U.S.C. §2255.

Mr. Hackney also requests this extension of time to locate and retain private counsel or, alternatively, utilize Court appointed counsel. Counsel for Mr. Hackney, now a member of the judiciary of State of Tennessee, seeks to withdraw due to the inherent conflict of interest presented by continued representation of Mr. Hackney in any effort to appeal or otherwise collaterally attack his sentence of imprisonment. Accordingly, Mr. hackney's counsel requests an order allowing his withdrawal.

While Mr. Hackney's counsel has lodged a Notice of Intent to Appeal, Counsel did so on instruction of his client, and out of an abundance of caution believing first, that Mr. hackney's time for appeal began running; second, because of limited discussions with Mr. Hackney about appealing the sentence of imprisonment; and finally, so new counsel, whether the same was retained or appointed, would not be prejudiced by any delays between the entry of the Judgment and the appointment/retention. Accordingly, Mr. Hackney contemporaneously requests an extension of time up to and including ninety (90) days in which to retain or appoint counsel and lodge any appeal contemplated by law including, but not limited to, 28 U.S.C. §2255.

                                        Respectfully submitted,

                                        ANDREWS & BOWE, PLLP

                                        By:*Curtis L. Bowe, III*
                                                 Curtis L. Bowe, III
                                                 TN BPR 017037

                                        P.O. Box 81023
                                        Chattanooga, Tennessee 37414
                                        Office: (423) 593-3536

                                        Attorneys for John Hackney

Dated: January 20, 2005

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that an exact copy of the foregoing has been sent to Mr. John Durham, Assistant United States Attorney, New Haven Office Connecticut Financial Center 157 Church Street, Floor 23, New Haven, Connecticut 06510 on this the 20th day of January, 2005.

*Curtis L. Bowe, III*
Curtis L .Bowe, III