# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

United States of America

v.

John Alvis Hackney

CASE NO. U.S. 3:00 cr 203, 204 (EBB)

FILED 2005 JAN 18 A 11: 56

## MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

Pursuant to F.R.A.P. 4, __John Hackney__ respectfully requests leave
(appealing party)
to file the within notice of appeal out of time. __John Hackney__ desires to appeal
(appealing party)
the judgment in this action entered on __January 4, 2005__, but failed to file a notice of appeal

within the required number of days because:

EXPLAIN HERE THE "EXCUSABLE NEGLECT" OR "GOOD CAUSE" WHICH LED TO YOUR FAILURE TO FILE A NOTICE OF APPEAL WITHIN THE REQUIRED NUMBER OF DAYS.

_____

Signature

Curtis L. Bowe, III
Print Name

P.O. Box 81023

Chattanooga TN 37414
Address

Date: 1/14/05

(423) 583-3536
Telephone Number

Note: You may file this form, together with a copy of Form 1, [Notice of Appeal] if you are seeking to appeal a judgment and did not file a copy of Form 1 [Notice of Appeal] within the required time. These forms must be received in the Office of the Clerk of the U.S. District Court no later than 30 days after the expiration of the time prescribed by Rule 4(a) FRAP.