UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 3:00CR203 (EBB) |
| JOHN HACKNEY | : February 3, 2005 |

NOTICE TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned moves to withdraw the appearance of Assistant United States Attorneys Kari Dooley and Mark Califano. Assistant United States Attorneys Dooley and Califano are no longer employed by the United States Attorney's Office and the undersigned has filed an appearance in this matter.

Accordingly, it is requested that this motion be granted.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


JOHN H. DURHAM
DEPUTY UNITED STATES ATTORNEYS
157 CHURCH STREET, 23RD FLOOR
NEW HAVEN, CONNECTICUT 06510
(203)821-3700
FED BAR NO. ct05087

CERTIFICATION OF SERVICE

This is to certify that the within and foregoing has been provided this ____ day of February, 2005 by regular mail to:

        Curtis Bowe, Esq.
        Andrews & Bowe, PLLP
        P.O. Box 81023
        Chattanooga, Tennessee 37414


_____
John H. Durham
DEPUTY UNITED STATES ATTORNEY