UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 3:00CR203(EBB) |
| JOHN HACKNEY | : February 3, 2005 |

NOTICE OF APPEARANCE

Please enter the appearance of John H. Durham, Assistant United States Attorney, as counsel for the United States in the above-referenced case. My appearance is in lieu of the appearance of Kari Dooley and Mark Califano, Assistant United States Attorneys, United States Attorney's Office, Department of Justice.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY

    JOHN H. DURHAM
    DEPUTY UNITED STATES ATTORNEYS
    157 CHURCH STREET, 23RD FLOOR
    NEW HAVEN, CONNECTICUT 06510
    (203)821-3700
    FED BAR NO. ct05087

<u>CERTIFICATION OF SERVICE</u>

This is to certify that the within and foregoing has been provided this ____ day of February, 2005 by regular mail to:

        Curtis Bowe, Esq.
        Andrews & Bowe, PLLP
        P.O. Box 81023
        Chattanooga, Tennessee 37414


                                _____
                                John H. Durham
                                DEPUTY UNITED STATES ATTORNEY