UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 3:00CR203(EBB) |
| JOHN HACKNEY | : February 7, 2005 |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION FOR EXTENSION OF TIME TO REPORT
TO THE BUREAU OF CORRECTIONS

Comes now the United States, by and through its undersigned attorney, to respond to the defendant John Hackney's "Motion for Extension of Time to Report to Bureau of Corrections [sic]." In this regard, the Government respectfully states the following:

Given the representations of counsel concerning back injuries the defendant Hackney sustained on or about January 15, 2005, the Government has no objection to the defendant's motion being granted. With respect to any extension of time, however, the Government notes that it has been advised the State of Tennessee has scheduled sentencing in the matter known as State of Tennessee v. John A. Hackney, Docket No. 1-900-302, for Tuesday, February 22, 2005. Specifically, a sentencing hearing in the Circuit Court for Williamson County has been scheduled as follows:

> Name of Case: State of Tennessee v. John A. Hackney
> Docket Number: 1-900-302
> Sentencing Date: Tuesday, February 22, 2005
> Time: 9:00 a.m.
> Location: Williamson County Courthouse
>           Franklin, Tennessee

The Government respectfully requests that if the Court grants the defendant's motion for extension of time to report to the

Federal Bureau of Prisons, then the extension should be granted with the specific requirement that the defendant appear in the Williamson County Courthouse, Franklin, Tennessee for sentencing on February 22, 2005 for sentencing at 9:00 a.m.

                Respectfully submitted,

                KEVIN J. O'CONNOR
                UNITED STATES ATTORNEY


                JOHN H. DURHAM
                DEPUTY UNITED STATES ATTORNEYS
                157 CHURCH STREET, 23RD FLOOR
                NEW HAVEN, CONNECTICUT 06510
                (203)821-3700
                FED BAR NO. ct05087

<u>CERTIFICATION OF SERVICE</u>

This is to certify that the within and foregoing has been provided this ____ day of February, 2005 by regular mail to:

        Curtis Bowe, Esq.
        Andrews & Bowe, PLLP
        P.O. Box 81023
        Chattanooga, Tennessee 37414

        Albert Partee
        Senior Counsel
        Office of the Attorney General
        Antitrust Division
        P.O. Box 20207
        Nashville, Tennessee 37202


_____
John H. Durham
DEPUTY UNITED STATES ATTORNEY