UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA :

       v.       : NO. 3:00CR203(EBB)

JOHN HACKNEY :

<u>ORDER FOR SELF SURRENDER</u>

The Motion for Extension of Time to Report to Bureau of Corrections [Doc. No. 32] is granted.

Defendant shall surrender to his designated facility at 10:00 a.m. on March 22, 2005.

SO ORDERED.

_____
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this \_\_\_\_ day of February, 2005.