U.S. DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 APR -8  P 3: 18

U.S. DISTRICT COURT

UNITED STATES

V.                                                              DKT. NO. 3:00CR00203(EBB)

JOHN HACKNEY

JUDICIAL RECOMMENDATION TO THE U.S. BUREAU OF PRISONS

It is recommended that the U.S. Bureau of Prisons designate John Hackney to a facility as close as possible to Guntersville, Alabama, which is where his residence is located.

_____                4/8/05
Ellen Bree Burns                              Date
Senior U.S. District Judge