UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

    Plaintiff

V.                                          CIV. NO. 3:00-CR-00203-EBB

JOHN HACKNEY                                OCTOBER 11, 2006

    Defendant

## APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the defendant.

Dated:   October 11, 2006

                                            SIGNATURE

CT. 04261
BAR NUMBER

                                            William H. Clendenen, Jr.
                                            PRINT NAME

                                            CLENDENEN & SHEA, LLC
                                            FIRM NAME

                                            400 Orange Street
                                            ADDRESS

NEW HAVEN, CT        06511
CITY       STATE     ZIP CODE

203/787-1183
PHONE NUMBER

203/787-2847
FAX NUMBER

office@clenlaw.com
EMAIL ADDRESS

**CERTIFICATION**:

    This is to certify that a copy of the foregoing was mailed postage prepaid to:

G. Douglas Jones
WHATLEY DRAKE & KALLAS, LLC
2323 2nd Avenue North
Birmingham, AL 35202-0647

Curtis L. Bowe, III
ANDREWS & BOWE, PLLP
6160 Shallowford Rd.
Suite 102
Chattanooga, TN 37421

Mark G. Califano
U.S. Attorney's Office
915 Lafayette Blvd. Room 309
Bridgeport, CT 06604

John H. Dunham  
Assistant U.S. Attorney  
Connecticut Financial Center  
157 Church St., Floor 23  
New Haven, CT 06510

USCA  
40 Foley Square  
New York, NY 10007

on the 11th day of October, 2006.

_____  
CLENDENEN & SHEA, LLC