# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 3:00-CR-00203-EBB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant John Hackney

10/16/06
**Date**

phv01281
**Connecticut Federal Bar Number**

(205) 328-9576
**Telephone Number**

(205) 328-9669
**Fax Number**

djones@whatleydrake.com
**E-mail address**

*Signature*

G. Douglas Jones
**Print Clearly or Type Name**

2323 2nd Avenue North
**Address**

Birmingham, AL 35203

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Curtis L. Bowe, III.
PO Box 81023
Chattanooga, TN 37414

William H. Clendenen, Jr.
Clendenen & Shea
400 Orange St.
New Haven, CT 06511

Mark G. Califano
U.S. Attorney's Office-BPT
915 Lafayette Blvd. Room 309
Bridgeport, CT 06604

*Signature*

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24