# ATTACHMENT  B



# MANDATE

## UNITED STATES COURT OF APPEALS
### FOR THE SECOND CIRCUIT
#### Motion Information Statement

| | | |
|---|---|---|
| **Docket Number(s):** | 06-3840-cr | USA v. John Hackney |
| **Motion For:** | Limited Remand | |

**Set forth below precise, complete statement of relief sought:**

Remand to the district court for the limited purpose of considering whether to resentence in light of *United States v. Booker*, 125 S. Ct. 738 (2005), and *United States v. Crosby*, No. 03-1675 (2d Cir. Feb. 2, 2005), and in the event that the district court would impose a nontrivially different sentence in light of *Booker* and *Crosby*, then for resentencing pursuant to Fed. R. Crim. P. 32.

| | | | |
|---|---|---|---|
| **Moving Party:** | United States of America | **Opposing Party:** | John Hackney |

☐ Plaintiff    ☐ Defendant
☐ Appellant/Petitioner
☒ Appellee/Respondent

| | | | |
|---|---|---|---|
| **Moving Attorney:** | Kevin J. O'Connor | **Opposing Attorney:** | G. Douglas Jones |
| | United States Attorney<br>District of Connecticut<br>157 Church Street<br>New Haven, CT 06510 | **Firm:<br>Address:** | Whatley Drake & Kallas, LLC<br>2323 2ⁿᵈ Ave., North<br>Birmingham, AL 35202-0647 |
| **by:<br>Tel:<br>e-mail:** | John H. Durham, Deputy U.S. Atty.<br>(203) 821-3817<br>john.durham@usdoj.gov | **Tel:<br>e-mail:** | (205) 328-9576 |

**Court-Judge/Agency appealed from:** United States District Court for the District of Connecticut (Burns, J.)

**Please check appropriate boxes:**

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL**

Has consent of opposing counsel:
A. been sought?    X Yes ☐ No
B. been obtained?    x Yes ☐ No
Is oral argument requested?    ☐ Yes ☒ No
(requests for oral argument will not necessarily be granted)

Has request for relief been made below?    ☐ Yes ☐ No
Has this relief been previously sought in this Court?    Yes ☐ No

**Requested return date and explanation of emergency:**

Has argument date of appeal been set?    ☐ Yes x No

If yes, enter date: _____

| | |
|---|---|
| **Signature of Moving Attorney:** | **Date:** |
| *[signature]* John H. Durham, Deputy U.S. Attorney | 12/1/06 |

Has service been effected?    ☒ Yes ☐ No
[Attach affidavit of service]

---

## ORDER

**Before:** Hon. Barrington D. Parker, *Circuit Judge*

IT IS HEREBY ORDERED that the motion for limited remand of appeal is GRANTED.

FOR THE COURT:
THOMAS W. ASREEN, Acting Clerk
by *[signature]* Tracy W. Young
Tracy W. Young
Motions Staff Attorney

Date **DEC 2 1 2006**

**FORM T-1080 (Revised 03/01/02)**

ISSUED AS MANDATE: 1-24-07

UNITED STATES COURT OF APPEALS
FILED
DEC 0 4 2006
Thomas Asreen, Acting Clerk
SECOND CIRCUIT

A TRUE COPY Thomas W. Asreen, Acting Clerk by *[signature]* DEPUTY CLERK

00-CR-204
BURNS