MANDATE

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

CONN/NHCt
00-CR-203
FILED
Burns

2007 MAR 16 P 1:30

U.S. DISTRICT COURT
NEW HAVEN, CT

Thomas Asreen
ACTING CLERK

| | |
|---|---|
| Date: | 3/12/07 |
| Docket Number: | 06-3839-cr |
| Short Title: | USA v. Hackney |
| DC Docket Number: | 00-cr-203 |
| DC: | CONNECTICUT (NEW HAVEN) |
| DC Judge: | Honorable Ellen Burns |

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 12 day of March, two thousand seven.

United States of America,

　Appellee ,

v.

John A. Hackney,

　Defendant-Appellant.

[SEAL: UNITED STATES COURT OF APPEALS FILED MAR 12 2007 Thomas Asreen, Acting Clerk SECOND CIRCUIT]

A scheduling order in accordance with the *Revised Second Circuit Plan to Expedite the Processing of Criminal Appeals* having been entered therein, requiring the record on appeal, the appellant's brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

Upon consideration of the appeal defendant-appellant, John A. Hackney, it is **ORDERED** that the appeal be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

This order may not be used as the basis for terminating the defendant-appellant's release pending appeal until 30 days have elapsed from the date of the order.

A TRUE COPY
Thomas W. Asreen, Acting
by [signature] Ralph Obas

For the Court,
Thomas Asreen, Acting Clerk

[signature] Ralph Obas
By: Ralph Obas
Deputy Clerk

Certified: 3-12-07